PERCY A. ROCKEFELLER and Another, as Executors, etc., of WILLIAM G. ROCKEFELLER, Deceased, and Another, Respondents, v. JOHN P. KELLAS, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of HERMAN GOLDSTEIN, Respondent, against BARTHOLOMAY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JAMES KOKEY, Respondent, against DU PONT ENGINEERING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MICHAEL J. CRONIN, Respondent, against AMERICAN RAILWAY EXPRESS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of BRIDGET KENNEDY, Respondent, against JAMES BUTLER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

TOMPKINS C. COONS, Respondent, v. NEW YORK AND NEW ENGLAND CEMENT AND LIME COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CLARA LICHTENSTEIN and Others, Respondents, against HELD MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ZARUHE ANDONIAN, Respondent, against PREMIER METAL ETCHING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the referee refused to give appellants a reasonable opportunity to present evidence tending to show that the deceased received the mercurial poisoning outside of his employment. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of JERRY FERRARA, Respondent, against ROCHESTER VULCANITE AND PAVEMENT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARTIN BLAICH, Respondent, against EMPIRE CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of WILLIAM POETZSCH, Respondent, against ERIE